UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>    Plaintiff,<br><br>  v.<br><br>Lisa Angelot; Warren Hutchins; LYTT, LLC; and Does 1-10, Inclusive,<br><br>    Defendants. | Case No.: 4:21-cv-06895-JSW<br><br>[~~PROPOSED~~] **ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the ~~expectation~~ requirement that the parties will file a Joint Stipulation for Dismissal within 60 days. or an update status statement.

**IT IS SO ORDERED.**

Dated: December 6, 2021                   _____
                                          HONORABLE JEFFREY S. WHITE
                                          United States District Judge

[~~Proposed~~] Order                    -1-                    4:21-cv-06895-JSW